# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY MACIEL, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 2:17-cv-05739-AS <br><br> ~~(PROPOSED)~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that fees in the amount of **$3,600** as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: June 4, 2018

/ s /
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE